UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PV ENTERPRISES 3, LLC,

    Plaintiff,

v.                                Case No:  2:13-cv-319-FtM-38DNF

SANIBEL SUNDIAL PARTNERS, LLC,

    Defendant.
_____/

### ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #21) filed on July 18, 2013.  Pursuant to Federal Rule 41(a), Plaintiff voluntarily dismisses this action, without prejudice.  The Court notes that Defendant has neither served an answer nor filed a motion for summary judgment in this matter.

Accordingly, it is now **ORDERED:**

(1) This matter is **DISMISSED without prejudice** pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #21).

(2) The Clerk is directed to enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of July, 2013.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record